IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD THOMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 13-353 |
| ) | Judge Cathy Bissoon |
| DISTRICT ATTORNEY OF BEAVER ) | Magistrate Judge Robert C. Mitchell |
| COUNTY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Robert C. Mitchell in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On July 2, 2013, the magistrate judge issued a Report (Doc. 4) recommending that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) be dismissed as untimely and that a certificate of appealability be denied.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this 25th day of July, 2013, IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**, and a certificate of appealability is **DENIED**.

The Report and Recommendation of Magistrate Judge Robert C. Mitchell dated July 2, 2013 is hereby adopted as the Opinion of the District Court.

<u>s/Cathy Bissoon</u>
Cathy Bissoon
United States District Judge

July 25, 2013

cc:

Ronald Thompson (via U.S. First Class Mail)